\*BRIAN PATRICK REGAN
41051-083
FEDERAL CORRECTIONAL
INSTITUTION-HAZELTON
P.O.BOX 5000
BRUCETON MILLS, WV 26525



\*pro se

---

TO CLERK of COURT
RE: TRANSCRIPTS for CASE #1:01CR00405-001

---

Dear Clerk:

This is a request for the status of the pending Motion(s) regarding the status of same for a free copy of the transcripts in the above-styled case. It has been a substantial amount of time and I have received no response.

Also, respectfully, in light of the length of time which has passed i would request a copy of the current docket sheet be mailed to my address.

I hereby declare the foregoing, under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

This the  1  day of   JAN   ,2020.

Most Respectfully,

BRIAN PATRICK REGAN

PAGE 1 OF 1