IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | No. 1:01-CR-00405-LO |
| ) | |
| BRIAN PATRICK REGAN,    ) | |
| ) | |
| Defendant      ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO RECEIVE SENTENCING TRANSCRIPTS

The United States has no objection to the defendant's Motion to Grant Defendant Leave to Receive a Copy of his Sentencing Transcripts.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
James P. Gillis
Virginia Bar No. 65055
Assistant United States Attorney
The Justin W. Williams
    United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
James.P.Gillis@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on March 27, 2020, I served a copy of the foregoing by first-class mail to the defendant, as follows:

Brian Patrick Regan
#41051-083
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

/s/
James P. Gillis
Assistant United States Attorney