September 28, 2020

Michelle Crook, R.N.
1525 Adelina Road
Prince Frederick, Md 20678

Clerk of Court
U.S. District Court
Eastern District of Virginia
401 Courthouse Square, 2nd floor
Alexandria, VA 22314-5704



Re: Brian Patrick Regan
Case No: 1:01CR05

Dear Judge O'Grady:

I am writing you regarding my father Brian Patrick Regan. I am a registered nurse and so is my mom, since the COVID-19 pandemic has devastated our country I have worked overtime to care for those who have contracted COVID-19. I have seen first hand those with the same risk factors as my dad (i.e. advanced age, obesity, diabetes and hypertension) pass away from COVID-19. I can tell you, based on my experience, that COVID-19 is a rapidly transmittable virus that thrives in institutional settings.

My dad is the kindest and most compassionate man I have ever known. He was the rock of our family. We are a financially secure and loving family and will provide him with all of the assistance he will need upon release as he has been locked up for almost two decades. He wants to come home to my mom and to his family. He is not a timid man, but he has expressed to us numerous times that his greatest fear is that COVID-19 will take him away from the ones he loves. No man should have to live under such a fear. This is not a situation the court could have ever contemplated when it sentenced him to prison.

My dad is repentant weary old man with life-threatening medical conditions. Your Honor, I most respectfully suggest that my dad's medical conditions far outweigh any benefit society would receive from his continued incarceration.

Most sincerely,

Michelle Crook, R.N.

Michelle C[...]
1525 Adelina Road
Prince Frederick, MD 20678



CAPITAL DISTRICT 208
6 OCT 2020 PM 3 L

Clerk of Court
U.S. District Court
Eastern District of Virginia
401 Courthouse Square, 2nd floor
Alexandria, VA 22314-5704

US MARSHALS SERVICE

22314-579899