

United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314-5798

United States of America

v.

Brian P. Regan

CASE NO 1:01-CR-00405
Hon. Liam O'Grady

## Supplemental Declaration of Brian P. Regan

Brian P. Regan hereby declares the following:

1. This supplemental Declaration is necessitated due to the excessive loss of Legal Mail sent out from this Facility. Also the lack of transparency as to the level of infection of Covid-19 throughout this prison.

2. Covid-19 is now running rampant throughout this entire prison complex, since there is no mass testing there is no way to determine the level of infection. I don't know what numbers the prison is releasing publicly, but they can not be correct if no wide spread testing is being conducted. Many inmates are not reporting their infections.

-i-

3. Moreover, I state without reservation that inmates all around me in (M-2) Unit are suffering from Covid-19. Sadly, the majority of infected inmates do not report their illness unless they can not breathe. This is because medical treatment is subpar and unless you pass out from lack of oxygen, guards will only quarantine you in a less sanitary cell with no additional treatment.

4. About five inmates from this Unit (M2) were sick enough to be taken away to quarantine, while others remain to spread the infection to the other one hundred or so inmates in this Unit. One of the five from this unit has died from Covid-19 on 26 Jan 2021. And another guy is on a ventilator and may not survive. I am very fearfull of contracting Covid-19 due to my chronic medical condition and the confined space with infected people all around me. The younger inmates do not care if they get infected with Covid because they do not think it will effect them, yet they are putting the older inmates at risk of catching the virus. It will only get riskier as the new strain of corona virus spreads thought out the U.S. in the next few months. This new strain is more transmittable and will infect more inmates in the prison system.

5. The consequence of justice delayed in this situation is truly justice denied but with potentially lethal consequences. I beseech the court to render a compassionate release.

I HEREBY CERTIFY PURSUANT to 28 U.S.C. SECTION 1746 That The Foregoing is true AND Correct to the Best of My Knowledge AND Belief, this The 1st Day of February, 2021.

Brian P Regan
BRIAN P. REGAN
41051-083

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY to Mailing By U.S.P.S. First-Class Mail this Supplemental Declaration Pursuant to 28 U.S.C. section 1746 To The Following on This 1st Day of February, 2021.

U.S. District Court Eastern District of VIRGINIA
401 Courthouse Sq
Alexandria, VA 22314

The U.S. will BE Notified By CM/ECF As Copier Access During The quarentine is Extremely Limited.

Brian P Regan

3.